IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, | § | |
| | § | No. 331, 2018 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. K17A-12-003 |
| SGT. CASEY PHELPS, CAPTAIN | § | |
| RANDALL DOTSON, S/LT. | § | |
| JAMES P. SATTERFIELD, JASON | § | |
| M. RASH, LT. TEDDY TYSON, | § | |
| and the DEPARTMENT OF | § | |
| CORRECTION, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: August 2, 2018
Decided: August 3, 2018

## **ORDER**

This 3rd day of August 2018, it appears to the Court that the appellant's motion to proceed *in forma pauperis* in this appeal was denied by Order, dated July 18, 2018, after he falsely certified that he was never found by any court to have abused the judicial process by filing frivolous or malicious litigation. The appellant was instructed to pay the required filing fee by August 1, 2018 or else his appeal would be dismissed without further notice. The appellant has failed to pay the required filing fee. Dismissal, therefore, is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice